# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

138767-8

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TOMMIE LEE REED,
          Plaintiff-Appellant,

v

                                    SC: 138767-8
                                    COA: 281041, 281403

OFFICER DANIEL SITARSKI and
OFFICER MICHAEL SMITH,
          Defendants-Appellees.
                                    Wayne CC: 05-519875-NZ

_____/

      On order of the Court, the application for leave to appeal the March 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009                    _____

p0720                                      Clerk